# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 23-1771    **Short Title:** US v. Freeman

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Ian Freeman _____ as the

[ ] appellant(s)    [✔] appellee(s)    [ ] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)    [ ] intervenor(s)

_[signature]_____    10/5/2023_____
Signature                          Date

Richard Guerriero
Name

Lothstein Guerriero, PLLC          603-352-5000
Firm Name (if applicable)          Telephone Number

39 Central Square                  603-218-6503
Address                            Fax Number

Keene, NH 03431                    richard@nhdefender.com
City, State, Zip Code              Email (required)

Court of Appeals Bar Number: 1164673

Has this case or any related case previously been on appeal?

[✔] No    [ ] Yes    Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).