# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 23-1771          **Short Title:** US v. Freeman

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Ian Freeman _____ as the

[  ] appellant(s)          [✓] appellee(s)          [  ] amicus curiae

[  ] petitioner(s)          [  ] respondent(s)          [  ] intervenor(s)

/s/ Mark L. Sisti, Esq. _____          10/05/2023 _____
Signature                                                    Date

Mark L. Sisti, Esq. _____
Name

Sisti Law Offices _____          (603) 224-4220 _____
Firm Name (if applicable)                          Telephone Number

387 Dover Road _____          (603) 226-2025 _____
Address                                                      Fax Number

Chichester, NH 03258 _____          info@sistilawoffices.com _____
City, State, Zip Code                                Email (required)

Court of Appeals Bar Number: 37832 _____

Has this case or any related case previously been on appeal?

[✓] No          [  ] Yes   Court of Appeals No. _____

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).