# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 23-1771            **Short Title:** USA v. Freeman

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

United States of America _____ as the

[ ] appellant(s)          [✓] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ Georgiana MacDonald
Signature

October 5, 2023
Date

Georgiana MacDonald
Name

US Attorneys Office - DNH
Firm Name (if applicable)

603-225-1552
Telephone Number

53 Pleasant Street, 4th Floor
Address

603-225-1470
Fax Number

Concord, NH 03301
City, State, Zip Code

georgiana.macdonald@usdoj.gov
Email (required)

Court of Appeals Bar Number: 1176874

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No. _____

============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).