# United States Court of Appeals
## For the First Circuit

**TRANSCRIPT ORDER ACKNOWLEDGMENT**

Issued: October 11, 2023

Re: US v. Freeman

Appeal No.: 23-1771
D.C. No.:  1:21-cr-00041-JL-1

A copy of a transcript order form was received by the Court of Appeals on October 11, 2023. The transcript will be due in the district court on **December 11, 2023**.

Please acknowledge receipt of the order form by completing and returning a copy of this form to the clerk's office for the U.S. Court of Appeals within **ten days** of the date of this notice. A copy of this form should also be forwarded to the court reporter supervisor for your district. If you do not return this acknowledgment to the clerk's office, we will assume that the transcript order is complete and the transcript will remain due on **December 11, 2023**.

[  ]   I acknowledge receipt of the Transcript Order Form.

If there are any problems with the Transcript Order Form, check the appropriate selection(s) below.

[  ]  Authorized CJA Form 24 has not been received.
[  ]  Order approving motion for transcript at government expense has not been received. 28 U.S.C. § 753(f).
[  ]  Satisfactory financial arrangements have not been made due to:
   [  ]   Deposit was not received.
   [  ]   Other (specify)_____
[  ]  Transcript Order Form is unclear - proceedings requested should be more specific or dates of proceedings are incorrect.
[  ]  Transcript Order Form has not been received by court reporter.
[  ]  Transcript Order Form was received by court reporter after it was received by the Court of Appeals. Received on _____
[  ]  I was not the court reporter responsible for the following court session(s):
   _____
[  ]  Other (specify) _____

Acknowledged by: _____
(Signature)

_____
(Printed Name)

_____
(Address)

_____
(City/State/Zip)

_____
(Date)

cc:
Susan Bateman