# United States Court of Appeals
## For the First Circuit

No. 23-1771

UNITED STATES,

Plaintiff - Appellant,

v.

IAN FREEMAN, f/k/a Ian Bernard,

Defendant - Appellee.

**NOTICE**

Issued: October 13, 2023

Our records indicate that the attorney listed below has not registered for a CM/ECF account in this court. Any attorney who intends to file documents in this case, or wishes to continue receiving court issued documents, must register immediately with PACER for a CM/ECF account. For additional information, please go to our website, www.ca1.uscourts.gov, and select "E-Filing (Information)."

If you do not represent a party to this appeal and want to be removed from the service list, you may file a "Request for Removal from Service List." A copy of this form can be found on our on our website, www.ca1.uscourts.gov, under "Forms & Instructions." Please note that an attorney who represented a defendant in a criminal case and wishes to withdraw on appeal must file a motion to withdraw in accordance with the procedures outlined in 1st Cir. R. 46.6. See 1st Cir. R. 12.0(b) and 46.6(a) ("[a]n attorney who has represented a defendant in a criminal case in the district court will be responsible for representing the defendant on appeal,...until the attorney is relieved of such duty by the court of appeals.") (emphasis added).

**After October 30, 2023, the clerk's office will no longer send paper copies of court issued documents to the following attorney, unless he registers for a CM/ECF account prior to that date.**

John J. Kennedy

Maria R. Hamilton, Clerk

UNITED STATES COURT OF APPEALS

FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager:  Antonio Lopez-Blanco - (617) 748-9060


cc:
Seth R. Aframe
Richard C. Guerriero Jr.
John J. Kennedy
Georgiana MacDonald
Michael T. McCormack
Mark L. Sisti