**UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT**

UNITED STATES

    v.     No. 23-1839, 23-1771

IAN FREEMAN

<u>ASSENTED-TO MOTION TO CONSOLIDATE</u>

    Appellant, Ian Freeman, through counsel, and with the assent of the Government, moves to consolidate the appeal he brings in this case with the appeal of the Government in *United States v. Freeman*, 23-1771.

    At the end of a criminal trial in the United States District Court for New Hampshire, in case 1:21-cr-41-JL, Mr. Freeman was convicted of multiple criminal counts. After the verdict, the district court granted a judgment of acquittal on one count. Mr. Freeman was then sentenced on the remaining counts.

    The Government appealed the order granting a judgment of acquittal as to one count. That appeal is pending before this Court in 23-1771.

    Mr. Freeman appealed his convictions and sentences for the remaining counts. That appeal is pending before this Court in 23-1839.

    Both appeals arise out of the same criminal case with the same proceedings before, during, and after trial. The transcripts necessary to consider both appeals are the same. The same lawyers represent Mr. Freeman and the Government in both cases.

Considering the circumstances, the most convenient and efficient way for the Court to hear both appeals is to consolidate them. It is in the interests of both parties to consolidate the two appeals. Local Rule 3(b)(2) permits consolidation under these circumstances.

The Government, through Assistant United States Attorney Georgiana MacDonald, agrees that the cases should be consolidated.

WHEREFORE, Appellant Ian Freeman respectfully requests that this Court consolidate the appeals in 23-1771 and 23-1839, so that they may be briefed, argued, and otherwise heard as one consolidated appeal.

Dated: October 27, 2023

Respectfully submitted by
Counsel for Ian Freeman,

/s/Richard Guerriero
Richard Guerriero
1st Cir. Bar No. 1164673
Lothstein Guerriero, PLLC
Chamberlain Block Building
39 Central Square, Suite 202
Keene, NH 03431
TEL: (603) 352-5000
richard@nhdefender.com

/s/ Mark Sisti
Mark Sisti
1st Cir Bar No. 37832
Sisti Law Offices
387 Dover Road
Chichester, NH 03258
TEL: (603) 224-4220
info@sistilawoffices.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing memorandum was forwarded by electronic mail through the ECF system on October 27, 2023, to Assistant United States Attorneys Georgiana MacDonald and John Kennedy, of the United States Attorney's Office in Concord, New Hampshire and to Ian Freeman, by U.S. Mail at 55 Pleasant Street, 4th Floor Concord, NH 03301.

*/s/Richard Guerriero*
Richard Guerriero