# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 23-1839            **Short Title:** US v. Freeman

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Ian Freeman                                                                                      as the

[✓] appellant(s)         [ ] appellee(s)         [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)         [ ] intervenor(s)

/s/ Mark L. Sisti, Esq.                                           12/11/2023
Signature                                                         Date

Mark L. Sisti
Name

Sisti Law Offices                                                 (603) 224-4220
Firm Name (if applicable)                                         Telephone Number

387 Dover Road                                                    (603) 226-2025
Address                                                           Fax Number

Chichester, NH 03258                                              info@sistilawoffices.com
City, State, Zip Code                                             Email (required)

Court of Appeals Bar Number: 37832

Has this case or any related case previously been on appeal?

[ ] No         [✓] Yes     Court of Appeals No. 23-1771

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).