# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 23-1771 & 23-1839    **Short Title:** U.S. v. Freeman

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

United States _____ as the

[✔] appellant(s)          [✔] appellee(s)          [  ] amicus curiae

[  ] petitioner(s)         [  ] respondent(s)        [  ] intervenor(s)

/s/ David Lieberman _____     12/21/23 _____
Signature                                  Date

David Lieberman _____
Name

U.S. Dep't of Justice, Criminal Division     202-262-6805 _____
Firm Name (if applicable)                     Telephone Number

950 Pennsylvania Ave. NW, Room 1264     202-305-2121 _____
Address                                  Fax Number

Washington, DC 20530 _____     david.lieberman@usdoj.gov _____
City, State, Zip Code                        Email (required)

Court of Appeals Bar Number: 1155239 _____

Has this case or any related case previously been on appeal?

[✔] No          [  ] Yes   Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).