UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

———————————

No. 23-1771

———————————

UNITED STATES OF AMERICA,
Appellant,

v.

IAN FREEMAN,
Defendant-Appellee.

———————————

**GOVERNMENT'S MOTION FOR VOLUNTARY DISMISSAL**
**(Assented To)**

The United States respectfully moves under Federal Rule of Appellate Procedure 42(b) for voluntary dismissal of this appeal, with each party to bear its own costs and fees. Undersigned counsel contacted counsel for Mr. Freeman, Richard Guerriero, who assented to this motion.

The government respectfully requests that the Court grant the motion and dismiss this appeal.

Respectfully submitted,

| | |
|---|---|
| JANE E. YOUNG<br>United States Attorney | NICOLE M. ARGENTIERI.<br>Acting Assistant Attorney General |
| GEORGIANA MACDONALD<br>Assistant United States Attorney<br>District of New Hampshire | LISA H. MILLER<br>Deputy Assistant Attorney General |

/s/David M. Lieberman
DAVID M. LIEBERMAN
Attorney
Criminal Division, Appellate Section
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530
(202) 262-6805
david.lieberman@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2024, I electronically the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system and sent via transmission of Notice of Electronic Filing generated by CM/ECF system to counsel of record.

/s/David M. Lieberman