# United States Court of Appeals
## For the First Circuit

No. 23-1771

UNITED STATES,

Appellant,

v.

IAN FREEMAN, f/k/a Ian Bernard,

Defendant - Appellee

**JUDGMENT**

Entered: January 22 2024
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(2). Mandate to issue forthwith. Nothing in this judgment should be construed to affect appeal no. 23-1839, filed by appellant Ian Freeman.

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Ian Freeman, Mark L. Sisti, Richard C. Guerriero Jr., Michael T. McCormack, Seth R. Aframe, David M. Lieberman, Georgiana MacDonald, John J. Kennedy