# United States Court of Appeals
## For the First Circuit

No. 23-1771

UNITED STATES,

Appellant,

v.

IAN FREEMAN, f/k/a Ian Bernard,

Defendant - Appellee.

**MANDATE**

Entered: January 22, 2024

In accordance with the judgment of January 22, 2024, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Seth R. Aframe
Richard C. Guerriero Jr.
John J. Kennedy
David M. Lieberman
Georgiana MacDonald
Michael T. McCormack
Mark L. Sisti